**FILED**
**U.S. District Court**
**District of Kansas**
07/29/2026

**Clerk, U.S. District Court**
By:__MV__ **Deputy Clerk**

# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

  v.         **CASE NO.** 26-6164-01-BGS

TYLLER WHITE,

    Defendant.

---

# CRIMINAL COMPLAINT

---

### THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

### Sexual Exploitation of a Child – Attempted Production of Child Pornography
### [18 U.S.C. § 2251(a)]

On or about July 21, 2026, in the District of Kansas, the defendant,

### TYLLER WHITE,

did employ, use, persuade, induce, entice, and coerce, and did attempt to employ, use, persuade, induce, entice, and coerce Minor Victim 1 (a minor whose identity is known to the law enforcement), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction

of such conduct, and knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

See accompanying Affidavit, which is incorporated by reference as though set out in full herein and offered in support of a finding that probable cause exists to believe the defendant, **TYLLER WHITE**, committed the offenses set forth in this Complaint.

Adam New
Special Agent KBI

Subscribed and sworn before me this _____29th_____ day of July 2026.

HONORABLE BROOKS SEVERSON
United States Magistrate
District of Kansas

2

## PENALTIES

### Count 1: Attempted Production of Child Pornography

- Punishable by a term of imprisonment of not less than fifteen (15) years but not more than thirty (30) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than twenty-five (25) years nor more than fifty (50) years. If such person has two or more prior convictions under chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to sexual exploitation of children, the term of imprisonment shall be for not less than thirty-five (35) years nor more than life.18 U.S.C. § 2251(e).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

- An additional assessment of not more than $50,000.00. 18 U.S.C. §2259A(a)(3).

3