## AFFIDAVIT

I, Adam New, am a Special Agent with the Kansas Bureau of Investigation (KBI) assigned to the Office of Pittsburg, Kansas. This criminal complaint is based on the following facts which were obtained from other duly sworn law enforcement officers based on their observations and interviews:

1)      On or about July 21, 2026, Tyller White told Minor Victim 1 (MV1) (a minor to whom he had access) to take a shower. White and MV1 were the only people in the home at this time.

2)      While in the shower, MV1 thought MV1 could hear White moving around outside the door of the bathroom.

3)      After taking a shower, MV1 returned to MV1's room and noticed White's hand under the door while MV1 was nude.

4)      MV1 reported these facts to MV1's parent. MV1's parent had access to White's computer and located videos of MV1 in MV1's bathroom and in MV1's bedroom.

5)      The videos were filmed through a large space in the bottom part of the door. There were multiple videos that appear to attempt to capture MV1 nude.

Based on the foregoing facts, there is probable cause to find that on or about July 21, 2026, Tyller White, has engaged in violations of 18 U.S.C. §2251(a), Attempted Production of Child Pornography.

Adam New
Special Agent KBI

Subscribed and sworn before me this ___29th___ day of July  2026

HONORABLE BROOKS SEVERSON
United States Magistrate Judge